120 A.3d 993

William **WILKINSON**, Appellant

v.

**DEPARTMENT OF CORRECTIONS, John Murray, Superintendent, SCI Camp Hill and Record Room Supervisor SCI Camp Hill, Appellees.**

**No. 51 EAP 2012.**

Supreme Court of Pennsylvania.

Aug. 3, 2015.

## *ORDER*

**AND NOW,** this 3rd day of August, 2015, the above captioned appeal is quashed for failure to file an Appellant's brief.